**United States District Court**
**Southern District of Ohio**
**Western Division**

Mary Ann Dopf,
  Plaintiff           No. C-1-02-505

vs.

Fifth Third Bank,
  Defendant         **ORDER CONTINUING**
               **FINAL PRETRIAL AND TRIAL**
               **DATES**

   The above matter was scheduled for a Final Pretrial Conference on October 15, 2003 at 2:00 p.m. At the request of all counsel and with the consent of the Court, the final pretrial and trial dates are CONTINUED in order for the parties to participate in a mediation process.

   The parties are ORDERED to file a status report by November 24, 2003 with Magistrate Judge Timothy Hogan, who will conduct all further proceedings in this case. If this matter has not been amicably resolved through mediation by that date, the final pretrial and trial dates will be rescheduled on the docket of Magistrate Judge Hogan.

              s/Susan M. Novotny
              Susan M. Novotny
              United States Magistrate Judge