UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Mary Ann Dopf,
    Plaintiff,

v.   Case No. 1:02cv00505
(Hogan, M.J.)

Fifth Third Bank,
    Defendant.

---

**NOTICE**

---

Please take notice that the above-captioned case has been set for a status conference before the Honorable Timothy S. Hogan on:

Wednesday, January 28, 2004, at 10:00 am
Room 706 Potter Stewart U.S. Courthouse

Timothy S. Hogan
United States Magistrate Judge


 s/Barbara A. Crum
Courtroom Deputy

cc:   All Counsel
bac   January 13, 2004
J:\CRUMBA\FORMS\CALENDAR\2002\02-505.wpd