UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Mary Ann Dopf,
    Plaintiff,

v.   Case No. 1:02cv00505
(Hogan, M.J.)

Fifth Third Bank,
    Defendant.

## CALENDAR ORDER

This case shall proceed as follows:

1. Discovery deadline: **July 30, 2004***

2. Joint final pretrial order: **Submitted to the Court 3 days prior to FPTC**

3. Final pretrial conference: **September 3, 2004, at 9:30 am**

4. Mediation to be complete: **August 13, 2004**

5. Status Report due to Court regarding mediation: **August 31, 2004**

6. Jury Instructions: **Submitted to the Court 7 days prior to Trial**

7. Jury Trial: **November 22, 2004, at 9:30 am**

IT IS SO ORDERED.

Date  1/26/2004　　　　　　　　　　　　　s/Timothy S. Hogan
bac       January 28, 2004
J:\CRUMBA\FORMS\CALENDAR\2002\02-505.wpd

    Timothy S. Hogan
    United States Magistrate Judge

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.