UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Mary Ann Dopf,
    Plaintiff,

v.                                  Case No. 1:02cv00505
                                      (Hogan, M.J.)

Fifth Third Bank,
    Defendant.

_____

**NOTICE**

_____

    Please take notice that the above-captioned case has been set for a status conference regarding Defendant's motion to vacate trial (Doc. 18) before the Honorable Timothy S. Hogan on:

Wednesday, April 21, 2004, at 10:30 am
Room 706 Potter Stewart U.S. Courthouse

                              Timothy S. Hogan
                              United States Magistrate Judge


                              s/Barbara A. Crum
                              Courtroom Deputy

cc:   All Counsel
bac     March 22, 2004