UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


Mary Ann Dopf,
    Plaintiff,

v().                                           Case No. 1:02cv505
                                             (Hogan, M.J.)

Fifth Third Band,
    Defendant.

_____

ORDER

_____

    The matter is before the Court pursuant Defendant's motion to vacate the trial date (Doc. 18) and a telephonic status conference conducted this date. For good cause shown, Defendant's motion is **GRANTED.** The Court sets the following trial schedule:

    Final pretrial conference: **January 21, 2005, at 9:30 am**
    Trial: **October 22, 2002**

    IT SO ORDERED.


   4/21/2004                                     s/Timothy S. Hogan
Date                                       TIMOTHY S. HOGAN
bac    April 21, 2004                     U.S. Magistrate Judge