Stephen M. Yeager (0011841)<br>Attorney for Defendants

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## AT CINCINNATI
## CIVIL ACTION NO. C-1-02-505

| | | |
|---|---|---|
| **MARY ANN DOPF** | : | |
| **Plaintiff** | : | Judge Hogan |
| v. | : | **JOINT STATUS REPORT** |
| **FIFTH THIRD BANK, et al.** | : | |
| **Defendants** | : | |

The plaintiff recently underwent additional surgery. She is still receiving post surgical treatment. The parties are in the process of obtaining her recent medical records related to the surgery and post surgical treatment. The parties are also in the process of scheduling mediation with the Honorable Raymond Lape. The parties will report to the court when the mediation has been scheduled and provide the court a status report subsequent to the mediation.

Respectfully submitted,

Of Counsel:

Patsfall, Yeager & Pflum, LLC
Attorney for defendants

/s/ Stephen M. Yeager
Stephen M. Yeager, Esq.    (0011841)
One West Fourth Street
Suite 1800
Cincinnati, Ohio 45202
(513) 721-4500

/s/ M. Larry Lawrence
M. Larry Lawrence    (0029098)
301 Second Street
P.O. Box 1330
Warsaw, KY 41095

Meredith L. Lawrence, PSC
Attorney for plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 31rd day of August, 2004 the foregoing was filed electronically with the Clerk of Court using the CM/ECFF system which will send notification to the following: Meredith L. Lawrence, Esq., **Attorney for Plaintiff.**

/s/ Stephen M. Yeager
Stephen M. Yeager    (0011841)