UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
AT CINCINNATI
CIVIL ACTION NO. C-1-02-505

| | | |
|---|---|---|
| **MARY ANN DOPF** | : | |
| Plaintiff | : | Magistrate Judge Hogan |
| v. | : | **ENTRY OF DISMISSAL WITH PREJUDICE** |
| **FIFTH THIRD BANK, et al.** | : | |
| Defendants | : | |

All disputes among the parties have been settled. It is, therefore,

ORDERED, that all claims in the within cause are hereby dismissed, with prejudice.

_____
MAGISTRATE JUDGE

1